In re:  
Robin Lynn Ortiz  
    Debtor

Case No. 12-04607-MDF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: MMchugh    Page 1 of 1    Date Rcvd: Jul 12, 2016  
                    Form ID: fnldec    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2016.  
db         +Robin Lynn Ortiz,   7830 Chambers Hill Road,   Harrisburg, PA 17111-5405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2016                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2016 at the address(es) listed below:

        Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
        Dorothy L Mott   on behalf of Debtor Robin Lynn Ortiz DorieMott@aol.com,  
        KaraGendronECF@gmail.com;ccrum.mottlaw@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com  
        Joshua I Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
        Kara Katherine Gendron   on behalf of Debtor Robin Lynn Ortiz karagendronecf@gmail.com,  
        doriemott@aol.com;ccrum.mottlaw@gmail.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com  
        Lorraine Gazzara Doyle   on behalf of Creditor   BANK OF AMERICA, N.A. LDoyle@udren.com,  
        vbarber@udren.com  
        Members 1st FCU   unger@members1st.org  
        Steven  Howell   on behalf of Creditor   Susquehanna Valley Federal Credit Union hwllstvn@aol.com  
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov  
                                                                                         TOTAL: 8

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robin Lynn Ortiz<br>7830 Chambers Hill Road<br>Harrisburg, PA 17111 | Chapter 13<br>Case No. 1:12−bk−04607−MDF |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−1257

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 12, 2016

By the Court,

*Mary D. France*

Honorable Mary D. France
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk